SONG KU KOO, ET AL, *Appellants,* v. WILLIAM J. LANDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-02473-1, Marcus M. Kelly, J., entered May 21, 1986. *Reversed* by unpublished opinion

per Grosse, J., concurred in by McInturff, C.J., and Green, J.